v

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EUGENE ROJAS,<br><br>   Plaintiff,<br><br>   v.<br><br>DUNKIN' LLC, et al.,<br><br>   Defendants. | No.  2:22-cv-01602-DAD-KJN<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION</u><br><br>(Doc. No. 9) |

Plaintiff Robert Eugene Rojas, proceeding *pro se* and *in forma pauperis*, initiated this civil action on September 12, 2022. (Doc. No. 1.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 7, 2022, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed because "plaintiff's complaint fails to state a claim for patent infringement and is otherwise legally frivolous." (Doc. No. 9.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 4.)  No objections have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

/////

1

court concludes that the findings and recommendations are supported by the record and proper analysis.

    Accordingly:

1. The findings and recommendations issued on November 7, 2022 (Doc. No. 9) are adopted in full;
2. This action is dismissed as frivolous and due to plaintiff's failure to state a cognizable claim for relief; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **February 12, 2023**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE